UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 10-CV-00153-KSF
*Electronically Filed on July 1, 2010*

MARILYN DOUGLAS                                                                                      PLAINTIFF

v.

SQUARE D COMPANY AND SUBSIDIARIES
EMPLOYEE WELFARE BENEFIT PLAN FOR
COORDINATED BARGAINING UNITS and
SCHNEIDER ELECTRIC USA, INC.                                                            DEFENDANTS

## AGREED ORDER OF DISMISSAL

As indicated by the signatures of counsel below, Plaintiff and Defendants have agreed to the dismissal without prejudice of this action.  Therefore, it is hereby **ORDERED AND ADJUDGED** that all claims asserted in this action are **DISMISSED WITHOUT PREJUDICE** to allow the Plaintiff an opportunity to pursue her administrative remedies with a third-party insurance company.  Each party shall pay their own costs and attorneys' fees associated with this action.

Entered this _____ day of _____, 2010.

**HAVE SEEN, AGREED TO
AND TO BE ENTERED:**

/s/ Matthew R. Parsons
Lindsey W. Ingram III
L.Ingram@skofirm.com
Matthew R. Parsons
Matt.parsons@skofirm.com
STOLL KEENON OGDEN PLLC
300 West Vine Street
Suite 2100
Lexington, Kentucky  40507
(859) 231-3000
*Counsel for Defendants*


/s/ E. Douglas Richards (with permission)
E. Douglas Richards
Edrichards714@yahoo.com
E. Douglas Richards, PSC
619 Cooper Drive
Lexington, KY 40502
*Counsel for Plaintiff*

016821.137287/3863224.1